**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO. 07-124ML** |
| | ) | |
| **ONE LOT OF FIFTEEN THOUSAND NINE HUNDRED FORTY DOLLARS ($15,940.00) IN U. S. CURRENCY,** | ) | |
| | ) | |
| **Defendant-in-rem.** | ) | |
| | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance for Plaintiff United States of America, in the above matter. Assistant United States Attorney Michael P. Iannotti, who was previously assigned this matter, has left our office.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov

\

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 4th day of October, 2007, I electronically filed the within Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Stephen N. Rosenthal, Esq.
17971 Biscayne Blvd., Ste. 203
Aventura, Florida 33160

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov