UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE LOT OF FIFTEEN THOUSAND NINE HUNDRED FORTY DOLLARS ($15,940.00) IN U. S. CURRENCY,<br><br>Defendant-in-rem. | C.A. NO. 07-124ML |

REQUEST FOR ENTRY OF ORDER
OF JUDGMENT AND DECREE OF FORFEITURE

Now comes the Plaintiff, the United States of America, by and through its attorneys, and requests entry of a final Order of Judgment and Decree of Forfeiture for the reasons set forth in the accompanying affidavit of the undersigned.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 30th day of October, 2007, I electronically filed the within Request for Entry of Order of Judgment and Decree of Forfeiture with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System.

I further certify that a copy of the within document was sent by regular mail, postage prepaid, to:

Stephen N. Rosenthal, Esq.
17971 Biscayne Blvd., Ste. 203
Aventura, Florida 33160

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE LOT OF FIFTEEN THOUSAND NINE HUNDRED FORTY DOLLARS ($15,940.00) IN U. S. CURRENCY,<br><br>Defendant-in-rem. | C.A. NO. 07-124ML |

**DECLARATION OF DULCE DONOVAN**

I, DULCE DONOVAN, make the following declaration under penalty of perjury:

1. That I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America herein.

2. That this action was commenced on April 4, 2007, with the filing of the Complaint for Forfeiture *In Rem* against One Lot of Fifteen Thousand Nine Hundred Forty Dollars ($15,940.00) in U.S. Currency.

3. That the claim of Edith Torres has been settled (Exhibit One) and in conformance with said settlement, Edith Torres consents to the forfeiture of all of her right, title and interest, if any, in $7,970.00 of the $15,940.00 of U.S. Currency, more or less, seized from her on September 10, 2006, as well as any accrued interest on the sum seized, from which amount the United States Marshal Service shall deduct its costs related to this proceeding. The remaining $7,970.00 in U.S. currency shall be released to Torres, through her counsel Stephen N. Rosenthal, Esq., in the form of a check payable to "Edith Torres and Stephen N. Rosenthal, Esq."

4. That notice of this forfeiture action was published in the Providence Journal on April 26, 2007. (Exhibit Two).

5. That no other person or entity has filed any claim against the United States, its agents, employees or assigns, including the United States Marshal Service (USMC), the Drug Enforcement Administration (DEA), the Transportation Security Administration (TSA), and the Rhode Island Airport Police (RIAP), in connection with, or arising from this forfeiture proceeding, including but not limited to, any claim that the United States did not have probable cause to forfeit the above-listed defendant *in rem*.

6. That due to the foregoing, the affiant knows of no reason why judgment should not enter forfeiting the Seven Thousand Nine Hundred Seventy Dollars ($7,970.00) to plaintiff, the United States of America.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

______________________________
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division

Executed this 30th day of October, 2007.