Case 1:07-cv-00124-ML-DLM Document 6 Filed 10/25/2007 Page 1 of 6

RECEIVED
OCT 25 2007
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br> v. <br> **ONE LOT OF FIFTEEN THOUSAND NINE HUNDRED FORTY DOLLARS ($15,940.00) IN U. S. CURRENCY,** <br> **Defendant-in-rem.** | ) | **C.A. NO. 07-124ML** |

**STIPULATED SETTLEMENT AGREEMENT**

1. On April 14, 2007, the United States filed a Verified Complaint for Forfeiture in Rem seeking the forfeiture of the defendant *in rem* Fifteen Thousand Nine Hundred Forty Dollars ($15,940.00) in U.S. Currency, more or less, seized from Edith Torres, based upon alleged violations of 21 U.S.C. § 881(a)(6). The Verified Complaint for Forfeiture in Rem, Notice of Complaint, Summons and Warrant of Arrest in Rem, Appearance of AUSA Michael P. Iannotti, Notice of Assignment to U.S. Magistrate Judge, and Notice of Electronic Filing, were served on all known potential claimants, including Edith Torres (Torres), who was served on April 12, 2007 through her counsel, Stephen N. Rosenthal, Esq.

2. A Summons and Warrant for Arrest in Rem for the property was timely issued by the Clerk for this Court. The currency was taken into custody by the United States Marshal Service (USMS).

EXHIBIT ONE

3. Torres filed a timely claim on November 1, 2007.

4. The USMS published Legal Notice of the Verified Complaint for Forfeiture in Rem in the Providence Journal on April 26, 2007. No other parties have filed timely claims and answers with regard to the defendant *in rem* by the post-publication claim deadline of May 31, 2007, and a settlement has been reached with Torres, the only known potential claimant to the asset.

5. The United States and Torres, have reached a Stipulated Settlement Agreement which provides for the forfeiture of a portion of the seized funds, and a return of a portion of the funds to Torres, as follows:

IT IS STIPULATED AND AGREED by and between the United States of America and Torres that:

(A) Torres consents to the forfeiture of all of her right, title and interest, if any, of $7,970.00 of the $15,940.00 of U.S. Currency, more or less, seized from Edith Torres on September 10, 2006, as well as any accrued interest on the sum seized, from which amount the USMS shall deduct its costs related to this proceeding. The remaining $7,970.00 in U.S. currency shall be released to Torres, through her counsel Stephen N. Rosenthal, Esq., in the form of a check payable to "Edith Torres and Stephen N. Rosenthal, Esq.";

(B) Torres shall not seek, through any court proceeding or other process, the return of any of the agreed-upon forfeited property, shall not object to the United States obtaining a Certificate of Reasonable Cause under 28 U.S.C.§ 2465, and shall bear her own costs of this proceeding, including attorney's fees, if any;

( C) Torres is forever barred from asserting any claims against the United States, its agents, employees or assigns, including the USMS, the Drug Enforcement Administration

(DEA), the Transportation Security Administration (TSA), and the Rhode Island Airport Police (RIAP), in connection with, or arising from this forfeiture proceeding, including but not limited to, any claim that the United States did not have probable cause to forfeit the above-listed defendant *in rem*;

(D) Torres further agrees to hold harmless the United States, its agents, employees, or assigns, including the DEA, the TSA, and the RIAP, from any and all claims, including any successful third-party claims in connection with or arising out of the United States' seizure and detention of the defendant *in rem*;

(E) The United States shall not seek from Torres or her heirs or assigns, through any court proceeding or other process, the $7,970.00 in U.S. currency, more or less, which is released pursuant to this Stipulation;

(F) By this Agreement, the parties do not intend to bind the Internal Revenue Service with respect to any claims arising under the Internal Revenue Code; and,

(G) This Stipulated Settlement Agreement constitutes the entire agreement between the United States and Torres.

Therefore, under the terms of the Stipulated Settlement Agreement:

The defendant *in rem* currency, less $7,970.00 of the $15,940.00, plus any accrued interest on the entire sum seized, shall be forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6), free from the claims of any other party;

The sum of $7,970.00 of the defendant *in rem* $15,940.00 shall be paid to claimant, Edith Torres, by the USMS, through her attorney, Stephen N. Rosenthal, Esq., in the form of a check payable to "Edith Torres and Stephen N. Rosenthal, Esq."; and,

Case 1:07-cv-00124-ML-DLM Document 6 Filed 10/25/2007 Page 4 of 6

Following service of an executed copy of this Stipulation and Order upon the USMS, the amount of $7,970.00 in U.S. currency, more or less, plus accrued interest and loss costs, shall be forfeited to the United States and disposed of in accordance with Department of Justice and USMS regulations and procedures.

WE SO AGREE:

Attorney for
UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

Dated: 10/16/07

DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov

Attorney for
CLAIMANT, Edith Torres

Dated:

Stephen N. Rosenthal, Esq.
17971 Biscayne Blvd., Suite 203
Aventura, Florida 33160
(305) 931-1115

Dated:

Edith Torres, Claimant

I, Edith Torres, have read the above and foregoing and do hereby swear and affirm that same is true and correct and meets with my approval.

Edith Torres

EDITH TORRES

Sworn to and Subscribed before
me this 30 day of Sept., 2007

Charlotte Joni Pearl

Notary Public

Commission Expires:

CHARLOTTE JONI PEARL
MY COMMISSION # DD 4[illegible]527
EXPIRES: December 12, 2009
Bonded Thru Notary Public Underwriters

**ENTER:**

Mary M. Lisi 10/25/07

MARY M. LISI, CHIEF JUDGE
UNITED STATES DISTRICT COURT