RECEIVED
OCT 30 2007
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ONE LOT OF FIFTEEN THOUSAND NINE HUNDRED FORTY DOLLARS ($15,940.00) IN U. S. CURRENCY,<br>Defendant-in-rem. | ) | C.A. NO. 07-124ML |

**ORDER OF JUDGMENT AND DECREE OF FORFEITURE**

The claim of Edith Torres having been settled; and it appearing that no other claim to the defendant One Lot of Fifteen Thousand Nine Hundred Forty Dollars ($15,940.00) in U.S. Currency has been filed since this action was commenced;

It is hereby

ORDERED, ADJUDGED and DECREED

as follows:

1. That the claim of Edith Torres to the defendant One Lot of Fifteen Thousand Nine Hundred Forty Dollars ($15,940.00) in U.S. Currency is dismissed with prejudice.

2. That the defendant *in rem* currency, less $7,970.00 of the $15,940.00, plus any accrued interest on the entire sum seized, shall be forfeited to the United States of America, and the United States Marshal is authorized to dispose of said currency according to law, free from the claims of any other party.

3. That the remaining sum of $7,970.00 of the defendant *in rem* $15,940.00 shall be paid to claimant, Edith Torres, by the United States Marshal, through her attorney, Stephen N. Rosenthal, in the form of a check payable to "Edith Torres and Stephen N. Rosenthal, Esq."

BY ORDER:

Barbara Barletta

ENTER:

Mary M. Lisi
MARY M. LISI, CHIEF JUDGE
UNITED STATES DISTRICT COURT
10/31/07